**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BERTHA BEDOYA,

        Plaintiff,       06 CV 2313 (RWS)(KNF)

  -against-       **Document Filed Electronically**

ED-JAVONNE INC. d/b/a EUROVISION
OPTICAL CORP.,

        Defendant.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 6 2008

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties hereto, through their undersigned counsel, that the above action be, and it hereby is, dismissed with prejudice and without costs or attorneys' fees to any party as against the other.

MAY 22, 2008

STIPULATED AND AGREED:

| THE LAW OFFICE OF JUSTIN A. ZELLER, | BALLON STOLL BADER & NADLER, P.C. |
|---|---|
| By: _[signature]_  Justin A. Zeller (JZ 7094) | By: _[signature]_  Marshall Bellovin (MB-5508) |
| 251 West 14th Street, 5th Floor  New York, NY 10011  Tel: (212) 229-2249  *Counsel for Plaintiff Bertha Bedoya* | 729 Seventh Avenue, 17th Fl  New York, New York 10019  Tel: (212) 575.7900  fax: (212) 764.5060 |

SO ORDERED:

_[signature]_ 7/15/08

~~Hon. Robert W. Sweet~~
**LAURA TAYLOR SWAIN U.S.D.J.** Part C

*Counsel for Defendant Ed-Javonne Inc., d/b/a Eurovision Optical Group*

O:\BELLOVIN\ED-JAVONNE INC\CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE 5 7 08.doc

12